**COMMONWEALTH of Pennsylvania,**
**Respondent**

v.

**Greg Dewayne HERRING, Petitioner**

**No. 173 WAL 2017**

Supreme Court of Pennsylvania.

September 12, 2017

## ORDER

PER CURIAM

AND NOW, this 12th day of September, 2017, the Petition for Allowance of Appeal is **DENIED.**

■

**COMMONWEALTH of Pennsylvania,**
**Respondent**

v.

**David MIKLOS, Petitioner**

**No. 189 WAL 2017**

Supreme Court of Pennsylvania.

September 12, 2017

## ORDER

PER CURIAM

AND NOW, this 12th day of September, 2017, the Petition for Allowance of Appeal is **DENIED.**